| | |
|---|---|
| 1 | Thomas L. Duston (IL SBN: 6196612 ) |
| 2 | Alisa C. Simmons (IL SBN: 6270618 ) |
|   | MARSHALL, GERSTEIN & BORUN LLP |
| 3 | 6300 Sears Tower |
|   | 233 South Wacker Drive |
| 4 | Chicago, IL 60606-6357 |
|   | (312) 474-6300 |
| 5 | (312) 474-0448 |
|   | Attorneys for Plaintiff |
| 6 | |
| 7 | David J. Weiland, Esq. # 160447 |
|   | Kevin C. Grant, Esq. # 213388 |
| 8 | DOWLING, AARON & KEELER |
|   | 8080 North Palm Avenue |
| 9 | Third Floor |
|   | Fresno, CA 93711-5730 |
| 10 | (559) 432-4500 |
|    | (559) 432-4590 |
| 11 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| CAT SCALE COMPANY, an Iowa corporation, | ) ) ) | Case No. CIV-F-04-6130-REC-SMS |
|  Plaintiff, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** |
|  vs. | ) ) | |
| EDWARD C. HARDIN & SON CONSTRUCTION, INC., a California corporation, D/B/A HARDIN INDUSTRIES SCALES SYSTEMS, | ) ) ) ) ) | |
|  Defendant. | ) ) | |

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, Plaintiff CAT SCALE COMPANY ("Plaintiff") personally served Defendant EDWARD C. HARDIN & SON CONSTRUCTION, INC. d/b/a HARDIN INDUSTRIES SCALES SYSTEMS ("Defendant") with a Complaint for Trademark Infringement, False Destination of Origin and Unfair Competition ("Complaint") in August 2004 as evidenced by the Certificate of Service filed herein.

WHEREAS, Defendant has failed to appear, move, answer or otherwise defend this action within the time prescribed by law, but has apparently ceased the conduct of which Plaintiff complains in the lawsuit.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff CAT SCALE COMPANY ("Plaintiff") voluntarily dismisses the above-captioned action without prejudice. Plaintiff expressly reserves all rights to re-file its Complaint and recover any costs the court may deem proper pursuant to Federal Rules of Civil Procedure, Rule 41(d).

Dated:    December 5, 2005            DOWLING, AARON & KEELER INC.


By:_____
David J. Weiland
Kevin C. Grant
Attorneys for Plaintiff CAT SCALE COMPANY


**ORDER**

It is hereby ordered that the Voluntary Dismissal filed by Plaintiff CAT SCALE COMPANY be entered.

December 5, 2005             __/s/ ROBERT E. COYLE

Honorable Robert E. Coyle


F:\WPD\100\10673\02\472l2573.KCG.doc

PDF created with pdfFactory trial version www.pdffactory.com